# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERTO CARLOS HERNANDEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 75483

FILED

SEP 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a postconviction motion to withdraw a guilty plea. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant has filed a request to withdraw this appeal. He notes that he understands he will waive the appeal. We treat the request as a motion to voluntarily dismiss this appeal and grant it. Accordingly, we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Parraguirre_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc: Hon. Douglas Smith, District Judge
Roberto Carlos Hernandez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

18-37070